UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BERNARD HOPKINS,

    Plaintiff,

v.

    CIVIL ACTION NO. 05-70354

    HON. JOHN CORBETT O'MEARA

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE MORGAN'S REPORT AND RECOMMENDATION

The court, pursuant to 72(b) of the Federal Rules of Civil Procedure, 28 U.S.C. 636(b)(1)(B), and LR 72.1(b)(E.D.Mich.Sept 8, 1998), has reviewed the Magistrate Judge's report and recommendation as well as any objections filed by the parties, and after conducting a *de novo* review, the court accepts the magistrate judge's report and recommendation as the court's findings and conclusions.

Accordingly, it is hereby **ORDERED** that the report and recommendation is **ADOPTED.**

    s/John Corbett O'Meara
    John Corbett O'Meara
    United States District Judge

Dated: August 23, 2005

Copies: Mikel Lupisella, James Brunson